

Ava Schoen
ava.schoen@tonkon.com
Of Counsel

503.802.2143 direct
503.221.1440 main

July 9, 2018

**VIA ECF**

The Honorable Peter C. McKittrick
U.S. Bankruptcy Court
1001 SW Fifth Avenue
Portland, OR 97204

Re: *Calvert v. Papen*, USBC Adv. Proc. No. 18-03056-pcm
  *In re Peak Web LLC*, USBC No. 16-32311-pcm11

Dear Judge McKittrick:

The Court issued a Summons to Jeffrey Papen in this matter on June 7, 2016. On behalf of Mark Calvert, Litigation Trustee of Peak Web Litigation Trust (the "Plaintiff"), we were unable to effectuate service within seven days.

By this letter and pursuant to Bankruptcy Rule 7004(e), we request that the Court issue another Summons to be served by Plaintiff.

Very truly yours,

/s/ Ava L. Schoen

Ava Schoen

ALS/ldh
039090/00001/9126781v1